```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```
_____

|                                        |   |                       |
|----------------------------------------|---|-----------------------|
| **LAMONICA APPLEWHITE,**               | ) |                       |
|                                        | ) |                       |
|     Plaintiff/Counter-Defendant,       | ) |                       |
|                                        | ) |                       |
| vs.                                    | ) | Civil No. 10-2450-P   |
|                                        | ) |                       |
| **FIDELITY NATIONAL INSURANCE COMPANY,** | ) |                       |
|                                        | ) |                       |
|     Defendant/Counter-Plaintiff.       | ) |                       |

_____

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE
_____

It appearing to the satisfaction of the Court, that all things and matters in controversy between Lamonica Applewhite and Fidelity National Insurance Company, have been fully settled and compromised, as evidenced by the signatures hereto of counsel for the respective parties, and that the Plaintiff's case against Defendant should be dismissed with prejudice, and the Defendant's Counter-Complaint should be dismissed with prejudice, with each party to pay their own attorney's fees and bear their own discretionary costs.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff's cause of action against the Defendant is hereby dismissed with prejudice.

2. The Defendant's Counter-Complaint is hereby dismissed with prejudice.

3. Each party shall pay their own attorney's fees and bear their own discretionary costs.

s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE


August 22, 2011
Date

APPROVED FOR ENTRY:


s/ J. Matthew Coe
J. Matthew Coe
Attorney for Lamonica Applewhite
123 West Broadway, Suite A
P.O. Box 1666
West Memphis, AR 72303



s/ David M. Waldrop
David M. Waldrop (#13079)
Attorney for Fidelity National Insurance Company
9032 Stone Walk Place
Germantown, TN  38138
 (901) 759-3489